IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY SOUDERS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHIA,<br><br>    *Defendant*. | CIVIL ACTION<br>NO. 18-2167 |

## **ORDER**

**AND NOW**, this 19th day of October, 2018, upon consideration of the Complaint (ECF No. 1), Defendant's Motion for Judgment on the Pleadings (ECF No. 6), Plaintiffs' Response (ECF No. 8), Defendant's Reply (ECF No. 9) and Plaintiffs' Sur-Reply (ECF No. 12), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.