IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tory Souders, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE SCHOOL DISTRICT OF PHILADELPHIA, <br> Defendants, | CIV. NO. 2:18-cv-2167-GJP |

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: 3/25/19          SO ORDERED,

                        /s/ Gerald J. Pappert, J